UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-317-T-17TBM

JOSEPH JAMES BELMONT

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture for the following:

1. A Sterling Arms .25 caliber pistol, model 300, serial number 077865;

2. Three rounds of .25 caliber Western ammunition;

3. Four rounds of .25 caliber REM UMC ammunition;

4. A Glock .40 caliber pistol, model 22GEN4, serial number RVT120; and

5. 15 rounds of .40 caliber Federal ammunition.

Being fully advised of the relevant facts, the Court hereby finds that the defendant, a felon, possessed the assets identified above, as part of the offenses of being a felon in possession of a firearm and ammunition, to which he pled guilty.

Accordingly, it is hereby:

Case No. 8:17-CR-317-T-17TBM

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 6th day of November, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

2